UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRY HILDA TINEO GOMEZ,

                    Plaintiff,                    24-cv-6190 (JGK)

          - against -                    ORDER

LA MORENA RESTAURANT CORP., ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

**November 4, 2024.**


SO ORDERED.

Dated:    New York, New York
          October 21, 2024

                                        _____
                                             John G. Koeltl
                                        United States District Judge