UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRY HILDA TINEO GOMEZ,
                              Plaintiff(s)

                                                                    24 civ 6190 (JGK)

        -against-

LA MORENA RESTAURANT CORP., et al,
                              Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for December 11, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 4, 2024