```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

ANDRY HILDA TINEO GOMEZ,

            Plaintiff,

- against -

LA MORENA RESTAURANT CORP., ET AL.,

            Defendants.

------------------------------------------------

24-cv-6190 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the proposed settlement and finds it fair, reasonable, and adequate, including the provision of attorney's fees and costs. The Court therefore approves the settlement agreement and directs the Clerk to dismiss this action with prejudice pursuant to the settlement agreement.

    The Clerk is also directed to close the case and to close all pending motions.

SO ORDERED.

Dated:    New York, New York
           February 13, 2025

                                      _____
                                        John G. Koeltl
                                      United States District Judge