UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUDRY HILDA TINEO GOMEZ,

              Plaintiff,

   - against -

LA MORENA RESTAURANT CORP., ET AL.,

             Defendant.

24-cv-6190 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants should respond to the plaintiff's application to enter judgment (ECF No. 25) by **April 15, 2025**.

SO ORDERED.

Dated:   New York, New York
         April 8, 2025

                                        John G. Koeltl
                                   United States District Judge