# LAW OFFICE OF VICTOR J. MOLINA

930 Grand Concourse, Suite 1A  
Bronx, New York 10451  
ADMITTED IN N.Y. & N.J

Tel. (718) 401-1600  
Fax (718) 401-1611  
email: v.j.molina@verizon.net

## BENJAMIN SHARAV
917-392-9887  
juris_ben@msn.com

ADMITTED IN N.Y.

---

April 15, 2025

**VIA ECF**

The Hon. JOHN G. KOELTL, U.S.D.J.  
United States District Court  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re:   Re: TINEO GOMEZ v. LA MORENA RESTAURANT CORP., et al  
Case No. 1:24-cv-06190-JGK  
**Letter Motion to File Under Seal**

Dear Hon. Judge KOELTL,

I request permission to file Attorney Letter to Defendants under seal as it is confidential attorney-client communication.

Benjamin Sharav  
Victor J. Molina

**APPLICATION GRANTED**  
**SO ORDERED**

4/16/25  
John G. Koeltl, U.S.D.J.