UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AUDRY HILDA TINEO GOMEZ,

                Plaintiff,

   - against -

LA MORENA RESTAURANT CORP., ET AL.,

                Defendant.

---

24-cv-6190 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The application by Benjamin Sharav and Victor J. Molina to withdraw as counsel for defendants La Morena Restaurant Corp., et al., is **granted**. Defendant La Morena Restaurant Corp. may appear by new counsel and the individual defendants, Ronald Rodriguez Perez and Virgen Isabel Perez De Rodriguez, may appear pro se by **May 28, 2025**. If the defendants fail to appear by new counsel or the individual defendants fail to appear by new counsel or pro se by that date, the judgment by confession will be entered.

    The defendants' current counsel should provide a copy of this Order to the defendants and file proof of mailing on the docket.

SO ORDERED.

Dated:   New York, New York
           April 29, 2025

                                    John G. Koeltl
                                United States District Judge