UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANDRY HILDA TINEO GOMEZ,                    24-cv-06190 (JGK)

                Plaintiff,                    **[PROPOSED]**
                                               **JUDGMENT**

   -against-

LA MORENA RESTAURANT CORP.,
RONALD RODRIGUEZ PEREZ and
VIRGEN ISABEL PEREZ DE RODRIGUEZ,

                Defendants.
-----------------------------------------------------------X

This Action having been commenced on August 15, 2024, by the filing of a Summons and Complaint, the above-captioned Parties having reached a settlement of all claims, Defendants LA MORENA RESTAURANT CORP., and RONALD RODRIGUEZ PEREZ having respectively executed an Affidavit of Judgment by Confession, and the settlement having been breached by Defendants, it is hereby:

**ORDERED, ADJUDGED AND DECREED:** That Plaintiff, ANDRY HILDA TINEO GOMEZ, have judgment against Defendants, LA MORENA RESTAURANT CORP., and RONALD RODRIGUEZ PEREZ, jointly and severally, in the amount of $228,750.00, with interest commencing on the date of this Judgment as executed below in accordance with 28 U.S.C. 1961 *et seq.*

Dated: New York, New York
       May 30, 2025

**So-Ordered:**

_____
Hon. Judge John G. Koeltl, U.S.D.J.